Matter of Riolo-Nicol v City of Rome Zoning Bd. of Appeals (2024 NY Slip Op 00494)

Matter of Riolo-Nicol v City of Rome Zoning Bd. of Appeals

2024 NY Slip Op 00494

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, AND NOWAK, JJ.

10 CA 22-00033

[*1]IN THE MATTER OF ANN MARIE RIOLO-NICOL, AS TRUSTEE OF RIOLO IRREVOCABLE TRUST, ET AL., PETITIONERS, MARIA LEMMERMAN, JAMES LEMMERMAN, PAULA CAPOCCIA AND LEO CAPOCCIA, PETITIONERS-APPELLANTS,
v
CITY OF ROME ZONING BOARD OF APPEALS, CITY OF ROME PLANNING BOARD, ROME CITY SCHOOL DISTRICT, ROME CITY SCHOOL DISTRICT BOARD OF EDUCATION, CDS LIFE TRANSITIONS, PASSERO ASSOCIATES, P.C., ET AL., RESPONDENTS-RESPONDENTS. 

MARIA LEMMERMAN, JAMES LEMMERMAN, PAULA CAPOCCIA AND LEO CAPOCCIA, PETITIONERS-APPELLANTS PRO SE.
GERARD FEENEY, CORPORATION COUNSEL, ROME (ANGELA TWOMEY OF COUNSEL), FOR RESPONDENTS-RESPONDENTS CITY OF ROME ZONING BOARD OF APPEALS, JOHN SORBELLO, IN HIS OFFICIAL CAPACITY AS CHAIRMAN, RAYMOND TUCKER, IN HIS OFFICIAL CAPACITY AS MEMBER, JOSEPH PASQUELTTI, IN HIS OFFICIAL CAPACITY AS MEMBER, JAMES DICASTRO, IN HIS OFFICIAL CAPACITY AS MEMBER, AND MICHAEL BOTTINI, IN HIS OFFICIAL CAPACITY AS MEMBER.
FERRARA FIORENZA PC, EAST SYRACUSE (NICOLE MARLOW-JONES OF COUNSEL), FOR RESPONDENTS-RESPONDENTS ROME CITY SCHOOL DISTRICT AND ROME CITY SCHOOL DISTRICT BOARD OF EDUCATION. 

 Appeal from a judgment (denominated order and judgment) of the Supreme Court, Oneida County (David A. Murad, J.), entered March 11, 2021, in a proceeding pursuant to CPLR article 78. The judgment, among other things, denied and dismissed petitioners' first amended petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs as moot (see Saratoga County Chamber of Commerce v Pataki , 100 NY2d 801, 810-811 [2003], cert denied 540 US 1017 [2003]).
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court